IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| MATTHEW LIVERS, ) | |
| ) | |
| Plaintiff, ) | 8:08CV107 |
| ) | |
| v. ) | |
| ) | |
| EARL SCHENCK, Cass County ) | ORDER |
| Sheriff's Investigator; ) | |
| WILLIAM LAMBERT, Nebraska ) | |
| State Patrol Investigator; ) | |
| CHARLES O'CALLAGHAN, ) | |
| Nebraska State Patrol ) | |
| Investigator; SANDRA WEYERS, ) | |
| Cass County Sheriff's ) | |
| Sergeant; COUNTY OF CASS, ) | |
| NEBRASKA, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This matter is before the Court on the joint motion of all parties for leave to file report of planning conference (Filing No. 38). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; the parties shall have until June 4, 2008, to file their report of planning conference.

DATED this 30th day of May, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court