### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MATTHEW LIVERS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:08CV107** |
| vs. ) | |
| ) | **ORDER** |
| **EARL SCHENCK, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

On the oral motion of counsel for the defendants and with said counsel's representation that no other party objects to the request, the telephone planning conference previously set for September 9, 2008 at 9:30 a.m. is cancelled and is **rescheduled for September 16, 2008 at 9:00 a.m.** before the undersigned magistrate judge. Frederick J. Coffman shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 20th day of June, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge