IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MATTHEW LIVERS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV107 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| EARL SCHENCK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' joint motion to extend deadlines (Filing No. 224).  Upon consideration and for good cause shown,

**IT IS ORDERED:**

1. Any motions for summary judgment based on qualified immunity shall be filed not later than **June 1, 2010**. **See** NECivR 56.1 and 7.0.1. **No further extensions of the deadlines will be granted except on a showing that after an exercise of due diligence by the parties a manifest injustice would occur if a requested extension were not granted.**

2. A **telephone** planning conference with the undersigned magistrate judge will be held on **July 9, 2010, at 11:30 a.m. Central Standard Time**. Counsel for Mr. Livers shall initiate the conference.

DATED this 23rd day of February, 2010.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge