FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
JUL 13 2010
OFFICE OF THE CLERK

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MATTHEW LIVERS, ) | CASE NO. 8:08 CV 107 |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| EARL SCHENCK, Cass County ) Sheriff's Investigator, et. al., ) | |
| Defendants. ) | |

THIS MATTER come on for consideration this 12th day of July, 2010. The Court being apprised of the premises orders that David Kofoed be transported by a Douglas County Sheriff from the Community Correction Center- Lincoln at 2027 West Van Dorn, Lincoln NE 68542 to the office of Robert Mullin at Lieben, Whitted, Houghton, Slowiaczek, and Cavanagh, PC, 100 Scoular Building, 2027 Dodge St, Omaha NE 68102 on July 15, 2010 to participate in the deposition of Darnell Kush and returned immediately thereafter.

IT IS SO ORDERED.

Dated: 7/13/10

_____
Magistrate Judge Thalken

## CERTIFICATE OF SERVICE

I hereby certify that on July 12th 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to the following:

Locke E. Bowman
Northwestern University
357 East Chicago Ave
Chicago IL 60611

Steven Drizin
Northwestern University
357 East Chicago Ave
Chicago IL 60611

Robert Mullin
100 Scoular Building
2027 Dodge St
Omaha NE 68102

Kim Sturzenegger
West Gate Building, Suite A
5555 S. 27th St
Lincoln NE 68512

Frederick Coffman
Nebraska Attorney General's Office
2115 State Capitol Building
Lincoln NE 68509

Tim Dolan and Diane Carlson
Deputy County Attorney
909 Civic Center
Omaha NE 68183

By: /s/ David Kofoed