IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MATTHEW LIVERS,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM LAMBERT, Nebraska State Patrol Investigator; CHARLES O'CALLAGHAN, Nebraska State Patrol Investigator; and DAVID KOFOED, Commander of the Douglas County Sheriff's Office Crime Scene Investigation Division;<br><br>　　　　　　　　Defendants. | 8:08CV107<br><br>ORDER AND<br>JUDGMENT OF DISMISSAL |

　　This matter is before the court on the plaintiff's motion to dismiss defendants William Lambert and Charles O'Callaghan, Filing No. 742.  Under the Federal Rules, an action may be dismissed at the plaintiff's request by court order on terms that the court considers proper.  Fed. R. Civ. P. 41(a)(2).

　　The plaintiff has shown he entered into a settlement agreement with defendants Lambert and O'Callaghan and those defendants have satisfied their obligations under the agreement.  Accordingly, the court finds the plaintiff's claims against defendants Lambert and O'Callaghan should be dismissed with prejudice.

　　IT IS ORDERED that the plaintiff's claims against defendants Lambert and O'Callaghan are hereby dismissed, with prejudice, each party to pay his own costs.

　　Dated this 14th day of July, 2014.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　United States District Judge