# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MATTHEW LIVERS, | |
| Plaintiff, | 8:08CV107 |
| vs. | |
| DAVID KOFOED, Commander of the Douglas County Sheriff's Office Crime Scene Investigation Division; | ORDER |
| Defendant. | |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. §455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the complaint in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. §455(a) and (b)(2).

The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

Dated this 19th day of January, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge